UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZACHARY ZAPATA,

                              Plaintiff,

        -v-                                                    CIVIL ACTION NO. 25 Civ. 6252 (SLC)

                                                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 9) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED.  Accordingly, the parties are directed to adhere to the following deadlines:

- Commissioner shall file the certified administrative record by **December 2, 2025**;

- Plaintiff shall file his motion for judgment on the pleadings (the "Motion") by **January 2, 2026**;

- Commissioner shall respond to the Motion by **February 2, 2026**;

- Plaintiff shall file his reply in further support of the Motion by **February 16, 2026**.

Dated:      New York, New York
            November 18, 2025                    SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**