# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                      ltrust@osbornlawpc.com


December 18, 2025

> Plaintiff's request at Dkt. No. 12 is **GRANTED**. The amended schedule set forth below is **ADOPTED**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 12.
>
> SO ORDERED.    December 19, 2025
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Zapata v. Commissioner of Social Security*
                  Civil Action No. 1:25-cv-06252-SLC

Dear Judge Cave,

      We write on behalf of plaintiff, Zachary Zapata, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings per the Court's November 18, 2025 Order extending deadlines due to the Government Shutdown. Plaintiff's motion is due on January 2, 2026. This is the parties' first request for an extension. The Plaintiff requests this extension due to a heavy caseload with overlapping deadlines due to the government shutdown and upcoming holidays.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **April 2, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **June 1, 2026**; and

- Plaintiff to file her reply, if any, on or before: **June 16, 2026.**

---

43 West 43rd Street, Suite 131            Telephone 212-725-9800            osbornlawpc.com
New York, New York 10036                  Facsimile  212-500-5115           info@osbornlawpc.com

Honorable Sarah L. Cave
December 18, 2025
Page Two


Thank you for your consideration of this request.


                                Respectfully submitted,


                                s/Daniel A. Osborn
                                Daniel A. Osborn
                                OSBORN LAW, P.C.
                                43 West 43rd Street, Suite 131
                                New York, New York 10036
                                Telephone:    212-725-9800
                                Facsimile:    212-500-5115
                                dosborn@osbornlawpc.com


cc: Fergus John Kaiser, Esq.