# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

March 24, 2026

> Plaintiff's request at Dkt. No. 14 is **GRANTED**. The amended schedule set forth below is **ADOPTED**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 14.
>
> SO ORDERED.    March 25, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Zapata v. Commissioner of Social Security*
               Civil Action No. 1:25-cv-06252-SLC

Dear Judge Cave,

      We write on behalf of plaintiff, Zachary Zapata, and with the consent of the defendant, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on April 2, 2026 per the Court's December 19, 2025 Order Granting Extension of Time.  This is the parties' second request for an extension of time.  The Plaintiff requests this extension due to having eleven briefs due next week, overlapping deadlines in the following weeks, a religious holiday, and a scheduled vacation.

      Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before **June 1, 2026**;

2. Defendant to file its response/cross-motion on or before **July 31, 2026**; and

3. Plaintiff to file his reply (if any) on or before **August 14, 2026.**

---

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036      Facsimile  212-500-5115      info@osbornlawpc.com

Honorable Sarah L. Cave
March 24, 2026
Page 2


       Thank you for your consideration of this request.


                                 Respectfully submitted,


                                 s/Lindsay M. Trust
                                 Lindsay M. Trust
                                 OSBORN LAW, P.C.
                                 43 West 43rd Street, Suite 131
                                 New York, New York 10036
                                 Telephone:    212-725-9800
                                 Facsimile:    212-500-5115
                                 ltrust@osbornlawpc.com


cc: Fergus John Kaiser, Esq. (by ECF)